**Drohan Lee**

Erika M. Calderon

T: (212)710-0011

ecalderon@dlkny.com

November 26, 2025

**MEMORANDUM ENDORSED**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2025**

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *D.J. et al, v. N.Y.C. Dep't of Educ.*, 25-cv-06808 (GHW)

Dear Judge Woods,

We represent Defendant in the above-referenced case, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

The parties write jointly to respectfully request an adjournment, *sine die*, of the Initial Pretrial Conference ("Conference") scheduled before Your Honor on December 8, 2025, and the corresponding Proposed Case Management Plan and Scheduling Order ("CMP"). ECF No. 6. This is the parties' first request to adjourn the Conference and CMP. Defendant was recently assigned this matter and has requested the attorney billing records for review. The parties note that this matter involves no discovery and that liability is not in dispute.

Defendant also respectfully requests an extension of time to respond to the Complaint from November 28, 2025, to February 26, 2026. Plaintiffs consent to this request. This is Defendant's first request for an extension of this deadline. The requested extension will give Defendant's counsel time to complete the internal review process by reviewing the attorney billing records together with the underlying administrative records, begin settlement negotiations and hopefully resolve this matter without the need for a conference or motion practice. Our firm has settled many similar IDEA fees-only cases in recent months, often without the need to attend conferences or file an Answer. The parties are hopeful this matter will follow the same course.

Accordingly, the parties respectfully request that the December 8, 2025, Conference and the submission of the CMP be adjourned *sine die* and that Defendant's deadline to respond to the Complaint be extended to February 26, 2026. Thank you for considering these requests.

Respectfully Submitted,

By: */s/ Erika M. Calderon*
Erika M. Calderon, Esq.

cc: Adam Dayan, Esq. (*via* ECF)

Drohan Lee LLP | 5 Penn Plaza, 19th Floor, New York, NY 10001   main: (212) 710-0000  www.dlkny.com

Application granted.  The conference scheduled for December 8, 2025 is adjourned to January 22, 2026 at 4:00 p.m. Defendant's deadline to respond to the complaint is extended to February 26, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.
Dated:  November 30, 2025

GREGORY H. WOODS
United States District Judge