**Drohan Lee**

Erika M. Calderon

T: (212)710-0011

ecalderon@dlkny.com

January 20, 2026

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 01/20/2026

Re:    *D.J. et al, v. N.Y.C. Dep't of Educ.,* 25-cv-06808 (GHW)

Dear Judge Woods,

We represent Defendant in the above-referenced case, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

The parties write jointly to respectfully request an adjournment, *sine die*, of the Initial Pretrial Conference ("Conference") scheduled before Your Honor on January 22, 2026, at 4:00 p.m. and the corresponding Proposed Case Management Plan and Joint Letter ("the Corresponding Submissions"). ECF No. 10. The parties apologize for the delay in submitting this request and for any inconvenience to the Court. This is the parties' second request to adjourn the Conference and Corresponding Submissions. At this time, Defendant remains processing this matter for settlement and needs additional time to review the administrative and attorney billing records and present an offer of settlement. The parties are respectfully requesting an adjournment of the IPTC so as to avoid the utilization of court resources and to allow the parties an opportunity to potentially resolve this matter without the need to burden the Court. The parties have successfully settled the majority of their cases together without motion practice and are optimistic this case will follow the same course.

Accordingly, the parties respectfully request that the January 22, 2026, Conference and the Corresponding Submissions be adjourned *sine die*. The parties propose the submission of a joint status letter on or before February 24, 2026, advising the Court on the status of settlement negotiations. Thank you for considering these requests.

Respectfully Submitted,

By: */s/ Erika M. Calderon*
Erika M. Calderon, Esq.

cc: Adam Dayan, Esq. (*via* ECF)

Application granted in part. The initial pretrial conference is adjourned to March 3, 2026 at 2:00 p.m. The parties are ordered to submit a joint status letter no later than February 24, 2026. The parties' deadline to submit a joint letter and a proposed case management plan is extended to February 24, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.
Dated:  January 20, 2026
New York, New York

GREGORY H. WOODS
United States District Judge