# MEMORANDUM ENDORSED

**DL** Drohan Lee

Erika M. Calderon

T: (212)710-0011

ecalderon@dlkny.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2026
```

February 24, 2026

**VIA ECF**

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application granted in part. The initial pretrial conference is adjourned to April 3, 2026 at 3:00 p.m. The parties' deadline to submit a joint letter and a proposed case management plan is extended to March 27, 2026. The deadline for Defendant to respond to the complaint is extended to March 26, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.
Dated: February 24, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

Re:    *D.J. et al, v. N.Y.C. Dep't of Educ.,* 25-cv-06808 (GHW)

Dear Judge Woods,

We represent Defendant in the above-referenced case, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

Defendant writes to respectfully request an adjournment, *sine die*, of the Initial Pretrial Conference ("Conference") scheduled before Your Honor on March 3, 2026, and the corresponding Proposed Case Management Plan and Scheduling Order ("CMP"). ECF No. 12. Plaintiffs consent to this request. This is the third and final request to adjourn the Conference and CMP. Defendant respectfully requests an adjournment due to a delay as we continue reviewing the administrative and billing records. This case concerns attorneys' fees only and liability is not in dispute. As such, Defendant believes that an IPTC would not be fruitful at this time.

Defendant also respectfully requests an extension of time to respond to the Complaint from February 26, 2026, to March 26, 2026. Plaintiffs consent to this request. This is Defendant's second request for an extension of this deadline. Our firm has settled many similar IDEA fees-only cases in recent months with the Law Offices of Adam Dayan, often without the need to attend conferences or file an Answer. The parties are hopeful this matter will follow the same course.

Accordingly, Defendant respectfully requests that the March 3, 2026, Conference and the submission of the CMP be adjourned *sine die* and that Defendant's deadline to respond to the Complaint be extended to March 26, 2026. Thank you for considering these requests.

Respectfully Submitted,

By: */s/ Erika M. Calderon*
Erika M. Calderon, Esq.

cc: Adam Dayan, Esq. (*via* ECF)

Drohan Lee LLP   |   5 Penn Plaza, 19th Floor, New York, NY 10001   main: (212) 710-0000   www.dlkny.com